DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

ROBERT G. DREHER
Acting Assistant Attorney General
Environment and Natural Resources Division

LUTHER L. HAJEK
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1376
Facsimile: 303-844-1350
Email: luke.hajek@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants.<br>_____<br>WHITE PINE COUNTY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND | Case No. 2:14-cv-00226-APG-VCF<br>Related Case No. 2:14-cv-00228-APG-VCF<br>(Consolidated)<br><br>**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINTS**<br>**(First Request)** |

1

|   |   |   |
|---|---|---|
| 1 | MANAGEMENT, *et al.*, | ) |
| 2 | Defendants. | ) ) |
| 3 |   | ) |

Federal Defendants U.S. Bureau of Land Management ("BLM") and the U.S. Department of the Interior respectfully move for an extension of time to respond to the complaints filed by Plaintiff Center for Biological Diversity and Plaintiffs White Pine County *et al.* in these consolidated cases. The responses to the complaints are currently due by April 21, 2014. Federal Defendants request that the due date be extended by 30 days to May 21, 2014. This is Federal Defendants first request for an extension of time, and the requested extension would not affect any other deadlines in the case. Federal Defendants have conferred with counsel for Plaintiff Center for Biological Diversity and for Plaintiffs White Pine County et al., and both sets of Plaintiffs do not oppose this request.

The two consolidated cases both challenge the U.S. BLM's approval of right of way application submitted by the Southern Nevada Water Authority for the Clark, Lincoln, and White Pine Counties Groundwater Development Project. The complaints raise numerous factual allegations and legal theories. The *White Pine County* complaint is 265 paragraphs long and contains fourteen separate claims for relief. The *Center for Biological Diversity* complaint is 130 paragraphs long and contains seven separate claims for relief. Given the length and detailed nature of the complaints and the numerous legal issues that are raised in the complaints, Federal Defendants need additional time to examine the Plaintiffs' allegations and to formulate their responses.

Accordingly, Federal Defendants request an additional 30 days to respond to the complaints in these consolidated cases up to and including May 21, 2014.

Respectfully submitted this 27th day of March 2014.

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney

ROBERT G. DREHER

2

Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Division

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: April 10, 2014

3