UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CENTER FOR BIOLOGICAL
DIVERSITY, WHITE PINE COUNTY,
NEVADA, et al.,

      Plaintiffs

vs.

UNITED STATES BUREAU OF LAND
MANAGEMENT, et al.,

      Defendants,

Case No. 2:14-cv-00226
(consolidated with 2:14-cv-0028)

## SUBSTITUTION OF ATTORNEY

Plaintiff, THE CONFEDERATED TRIBE OF GOSHUTE, hereby substitutes JULIE CAVANAUGH-BILL, of the Cavanaugh-Bill Law Offices, LLC, 401 Railroad St., Elko, Nevada 89801, (775)-753-4357, as attorney of record in place and stead of: KELLY CRAIG BROWN.

DATED: 05-05-2014

_(Signature)_ Madeline Greymountain
(Signature of Party)
Chairperson, Confederated Tribes of the Goshute Reservation

I consent to the above substitution.

DATED: _____

_____
(Signature of Present Attorney)

I am duly admitted to practice in this District.
Above substitution accepted.

DATED: _____

_____
(Signature of New Attorney)

1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CENTER FOR BIOLOGICAL
DIVERSITY, WHITE PINE COUNTY,
NEVADA, et al.,

       Plaintiffs

vs.

UNITED STATES BUREAU OF LAND
MANAGEMENT, et al.,

       Defendants,

Case No. 2:14-cv-00226
(consolidated with 2:14-cv-0028)

## SUBSTITUTION OF ATTORNEY

Plaintiff, THE CONFEDERATED TRIBE OF GOSHUTE, hereby substitutes JULIE CAVANAUGH-BILL, of the Cavanaugh-Bill Law Offices, LLC, 401 Railroad St., Elko, Nevada 89801, (775)-753-4357, as attorney of record in place and stead of: KELLY CRAIG BROWN.

DATED: _____   _____
                                                        (Signature of Party)

I consent to the above substitution.

DATED: 5/2/14   _____
                                                (Signature of Present Attorney)

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: 5/7/14   _____
                                                (Signature of New Attorney)

1

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the District Court by way of electronic filing on ~~April~~ May 7, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the District Court CM/ECF systems.

JULIE CAVANAUGH-BILL

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: 5-9-2014