**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| Plaintiff, | 2:14-cv-00226-APG-VCF |
| vs. | Consolidated with Case No.: 2:14-cv-00228-APG-VCF |
| U.S. BUREAU OF LAND MANAGEMENT, and U.S. DEPARTMENT OF THE INTERIOR, | |
| Defendants, | **REPORT AND RECOMMENDATION** |

Before the Court is Southern Nevada Water Authority's Unopposed Motion to Intervene as Defendant and Points and Authorities in Support. (#12). Southern Nevada Water Authority (hereafter "SNWA") moves to intervene as a defendant pursuant to Federal Rules of Civil Procedure 24(a)(2) and 24(b)(2). SNWA states that the existing parties do not oppose this motion. *Id.*

To date, no opposition has been filed. The time to oppose the Motion to Intervene (#12) has passed. Pursuant to LR 7-2 (d), "[t]he failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion." Also, SNWA has given sufficient reasons to intervene as a defendant under FED. R. CIV. P. 24(a)(2) and 24(b)(2).

Accordingly and for good cause appearing,

IT IS HEREBY RECOMMENDED that Southern Nevada Water Authority's Unopposed Motion to Intervene as Defendant and Points and Authorities in Support (#12) is GRANTED in case no. 2:14-cv-0026-APG-VCF, consolidated with case no. 2:14-cv-00228-APG-VCF.

IT IS FURTHER RECOMMENDED that if this Report and Recommendation is adopted, Southern Nevada Water Authority's Answer in Intervention (Exhibit 1 to its Motion to Intervene (#12)) is due ten days after the Order adopting and affirming this Report and Recommendation.

1  The parties are reminded that all future filings must be filed in the base case, 2:14-cv-00226-
2  APG-VCF.
3  DATED this 22nd day of May, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE