Curtis Berkey, *pro hac vice*
Rovianne A. Leigh, *pro hac vice*
Scott W. Williams, *pro hac vice*
Berkey Williams LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Telephone: (510) 548-7070
Facsimile: (510) 548-7080
E-mail: cberkey@berkeywilliams.com
E-mail: swilliams@berkeywilliams.com
E-mail: rleigh@berkeywilliams.com

Julie Cavanaugh-Bill (NV Bar No. 11533)
Cavanaugh-Bill Law Offices, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, Nevada 89802
Telephone: (775) 753-4357
E-mail: julie@cblawoffices.org

Attorneys for Plaintiff, Confederated Tribes
of the Goshute Reservation

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
SOUTHERN DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT; and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>                    Defendants.<br><br>WHITE PINE COUNTY, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, et al.,<br><br>                    Defendants | Case No. 2:14-cv-00226-APG-VCF (Consolidated)<br><br>**PLAINTIFF CONFEDERATED TRIBES OF THE GOSHUTE RESERVATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO FEDERAL DEFENDANTS' PARTIAL MOTION TO DISMISS**<br>**(First Request)**<br><br>**<u>ORDER</u>** |

PLAINTIFF CTGR'S UNOPPOSED
MOTION FOR EXTENSION OF TIME                                         Case No. 2:14-cv-00226-APG-VCF

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Confederated Tribes of the Goshute Reservation (hereafter "CTGR" or "Tribes"), moves for a three week extension of time to file its response to the Federal Defendants' Partial Motion to Dismiss to July 14, 2014. This is CTGR's first motion for such an extension. Federal Defendants do not oppose this motion.

In support of this motion, the CTGR states as follows:

1. An additional three weeks (21 days) will ensure that Counsel for the Tribes will have sufficient time to consult with the governing body of the CTGR ("Tribal Council") regarding the preparation of the response. An extension of time will also provide CTGR with sufficient time to consult with the Ely Shoshone and Duckwater Shoshone Tribes regarding the preparation of the response.

2. The Federal Defendant's Partial Motion to Dismiss was initially filed under an incorrect case number (2:14-cv-00228-ASB) on June 4, 2014, and CTGR did not receive formal notice of that filing. The Motion was later refiled under the correct case number (2:14-cv-00226-APG-VCF) on June 10, 2014, and CTGR was properly noticed at that time.

3. Counsel for CTGR conferred with counsel for Federal Defendants regarding this request. Legal counsel for Federal Defendants stated that defendants do not oppose this motion for an extension of time.

4. CTGR believes that the requested extension is reasonable and will not unduly delay the proceedings in this matter.

///

For these reasons, CTGR respectfully requests that this Court find good cause to grant its request and extend the Tribe's response deadline to the Defendant's Partial Motion to Dismiss up to, and including, July 14, 2014.

DATED: June 18, 2014

Respectfully submitted,

BERKEY WILLIAMS LLP

/s/ Rovianne A. Leigh

Curtis Berkey, *pro hac vice*
Rovianne A. Leigh, *pro hac vice*
Scott W. Williams, *pro hac vice*
Berkey Williams LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Telephone: (510) 548-7070
Facsimile: (510) 548-7080
E-mail: cberkey@berkeywilliams.com
E-mail: swilliams@berkeywilliams.com
E-mail: rleigh@berkeywilliams.com

Attorneys for Plaintiff Confederated Tribes of the Goshute Reservation

## ORDER

**IT IS SO ORDERED** this 19th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE