UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT, and U.S. DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | Case No. 2:14-cv-0226-APG-VCF<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION REGARDING INTERVENTION**<br><br>(Dkt. ##12, 30) |

On May 22, 2014, Magistrate Judge Ferenbach entered his Report and Recommendation (Dkt. #30), recommending that Southern Nevada Water Authority's Unopposed Motion to Intervene as Defendant (#12) be granted. No objection has been filed to that Report and Recommendation. Thus, the Court is not obligated to conduct a de novo review of the Report. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and Southern Nevada Water Authority's Unopposed Motion to Intervene as Defendant (#12) is GRANTED.

IT IS FURTHER ORDERED that Southern Nevada Water Authority's Answer in Intervention is due ten days after entry of this Order.

Dated: June 25, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE