**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>　　　　　　Defendants, | 2:14-cv-00226-APG-VCF<br><br>Consolidated with 2:14-cv-00228-APG-VCF<br><br>**<u>MINUTE ORDER</u>** |

　　　　Before the court is *Center for Biological Diversity v. U.S. Bureau of Land Management, et al.*, case no 2:14-cv-00226-APG-VCF.  A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

　　　　IT IS HEREBY ORDERED that the discovery plan and scheduling order must be filed by October 21, 2014.

　　　　IT IS FURTHER ORDERED that a discovery hearing is scheduled for 3:00 p.m., October 23, 2014, in courtroom 3D.  The hearing will be automatically vacated upon the filing of the joint discovery plan and scheduling order.

　　　　Dated this 7th day of October, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE