DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

SAM HIRSCH
Acting Assistant Attorney General
Environment and Natural Resources Division

LUTHER L. HAJEK
MAUREEN RUDOLPH
Trial Attorneys, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1376; 202-305-0479
Facsimile: 303-844-1350; 202-305-0274
Email: luke.hajek@usdoj.gov
       maureen.rudolph@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No. 2:14-cv-00226-APG-VCF |
| Plaintiff, | Consolidated with 2:14-cv-00228-APG-VCF |
| v. | **FEDERAL DEFENDANTS' UNOPPOSED MOTION TO APPEAR BY TELEPHONE AT THE OCTOBER 23, 2014 DISCOVERY HEARING** |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | |
| Defendants, | |
| and | |
| SOUTHERN NEVADA WATER AUTHORITY, | |
| Defendant-Intervenor. | |

1

|   |   |
|---|---|
| WHITE PINE COUNTY, *et al.*, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | ) |
| Defendants, | ) |
| and | ) |
| SOUTHERN NEVADA WATER AUTHORITY, | ) |
| Defendant-Intervenor. | ) |

Federal Defendants U.S. Bureau of Land Management *et al.* hereby respectfully request permission for their counsel Luther L. Hajek and Maureen Rudolph to appear by telephone at the discovery hearing scheduled for October 23, 2014. *See* Oct. 7 Minute Order (ECF No. 44). The parties are currently engaged in discussions regarding case management and generally agree that this is a record review case subject to Local Rule 16-1(c)(1). The parties are currently in the process of discussing a briefing schedule and other matters and plan to submit a case management statement to the Court by October 21, 2014. Based on the order, the hearing would be automatically vacated if the parties timely submit the report. Nevertheless, if the hearing were to proceed as scheduled, it would involve considerable time and expense for Mr. Hajek to travel from Denver and Ms. Rudolph to travel from Washington, DC to attend the hearing. Accordingly, Federal Defendants respectfully request permission to appear by telephone at the hearing.

Counsel for Federal Defendants has contacted the counsel for the other parties, and they have indicated that they do not oppose this request.

Respectfully submitted this 15th day of October, 2014.

DANIEL G. BOGDEN
United States Attorney

BLAINE T. WELSH

2

Assistant United States Attorney
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

SAM HIRSCH
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1376
Facsimile: 303-844-1350
Email: luke.hajek@usdoj.gov

MAUREEN RUDOLPH
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Division
601 D St., NW
Washington, DC 20004
Telephone: (202) 305-0479
Facsimile: (202) 305-0274
Email: maureen.rudolph@usdoj.gov

Of Counsel:

Stephen R. Palmer
Assistant Regional Solicitor
Office of the Regional Solicitor
Department of the Interior
2800 Cottage Way, Room E-1712
Sacramento, CA  95825-1890

3

**PROOF OF SERVICE**

I, Luther L. Hajek, certify the following individuals were served with a copy of the **FEDERAL DEFENDANTS' UNOPPOSED MOTION TO APPEAR BY TELEPHONE AT THE OCTOBER 23, 2014 DISCOVERY HEARING** on the date and via the method of service identified below:

**Electronic Case Filing**:

Julie Cavanaugh-Bill
Cavanaugh-Bill Law Offices, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, NV 89801
Julie@cblawoffices.org

Marc D. Fink
Center for Biological Diversity
209 East 7th Street
Duluth, MN 55805
mfink@biologicaldiversity.org

*Counsel for Plaintiff Center for Biological Diversity*

Kelly Craig Brown
White Pine County District Attorney
County Courthouse
801 Clark Street, Suite 3
Ely, NV 89301
kbrown@mwpower.net

Simeon M. Herskovits
Advocates for Community and Environment
94 Highway 150, Suite 8
P.O.Box 1075
El Prado, NM 87529
simeon@communityandenvironment.net

*Attorneys for Plaintiffs White Pine County et al.*

Dated this 15th day of October, 2014.

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney, Natural Resources Section United States Department of Justice
Environment and Natural Resources Division

DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

SAM HIRSCH
Acting Assistant Attorney General
Environment and Natural Resources Division

LUTHER L. HAJEK
MAUREEN RUDOLPH
Trial Attorneys, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1376; 202-305-0479
Facsimile: 303-844-1350; 202-305-0274
Email: luke.hajek@usdoj.gov
         maureen.rudolph@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No. 2:14-cv-00226-APG-VCF |
| Plaintiff, | Consolidated with 2:14-cv-00228-APG-VCF |
| v. | **FEDERAL DEFENDANTS' UNOPPOSED MOTION TO APPEAR BY TELEPHONE AT THE OCTOBER 23, 2014 DISCOVERY HEARING** |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | |
| Defendants, | |
| and | |
| SOUTHERN NEVADA WATER AUTHORITY, | |
| Defendant-Intervenor. | |

| | |
|---|---|
| WHITE PINE COUNTY, *et al.*, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | ) |
| Defendants, | ) |
| and | ) |
| SOUTHERN NEVADA WATER AUTHORITY, | ) |
| Defendant-Intervenor. | ) |

Federal Defendants U.S. Bureau of Land Management *et al.* hereby respectfully request permission for their counsel Luther L. Hajek and Maureen Rudolph to appear by telephone at the discovery hearing scheduled for October 23, 2014. *See* Oct. 7 Minute Order (ECF No. 44). The parties are currently engaged in discussions regarding case management and generally agree that this is a record review case subject to Local Rule 16-1(c)(1). The parties are currently in the process of discussing a briefing schedule and other matters and plan to submit a case management statement to the Court by October 21, 2014. Based on the order, the hearing would be automatically vacated if the parties timely submit the report. Nevertheless, if the hearing were to proceed as scheduled, it would involve considerable time and expense for Mr. Hajek to travel from Denver and Ms. Rudolph to travel from Washington, DC to attend the hearing. Accordingly, Federal Defendants respectfully request permission to appear by telephone at the hearing.

Counsel for Federal Defendants has contacted the counsel for the other parties, and they have indicated that they do not oppose this request.

Respectfully submitted this 15th day of October, 2014.

DANIEL G. BOGDEN
United States Attorney

BLAINE T. WELSH

|   |   |
|---|---|
| 1 | |
| 2 | Assistant United States Attorney |
|   | Assistant United States Attorney |
|   | Nevada State Bar No. 4790 |
|   | 333 Las Vegas Boulevard South, Suite 5000 |
|   | Las Vegas, Nevada 89101 |

Assistant United States Attorney
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

SAM HIRSCH
Acting Assistant Attorney General
Environment and Natural Resources Division

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1376
Facsimile: 303-844-1350
Email: luke.hajek@usdoj.gov

MAUREEN RUDOLPH
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Division
601 D St., NW
Washington, DC 20004
Telephone: (202) 305-0479
Facsimile: (202) 305-0274
Email: maureen.rudolph@usdoj.gov

Of Counsel:

Stephen R. Palmer
Assistant Regional Solicitor
Office of the Regional Solicitor
Department of the Interior
2800 Cottage Way, Room E-1712
Sacramento, CA  95825-1890

The call in number is 702-868-4911, passcode 123456.  The call must be generated from a land line.

DATED: 10-15-2014

IT IS SO ORDERED

United States ~~District~~ Judge
             Magistrate

3