1  Rovianne A. Leigh, *pro hac vice*
   Scott W. Williams, *pro hac vice*
2  Curtis Berkey, *pro hac vice*
   Berkey Williams LLP
3  2030 Addison Street, Suite 410
   Berkeley, California 94704
4  Telephone: (510) 548-7070
   Facsimile: (510) 548-7080
5  E-mail: cberkey@berkeywilliams.com
   E-mail: swilliams@berkeywilliams.com
6  E-mail: rleigh@berkeywilliams.com

7  Julie Cavanaugh-Bill (NV Bar No. 11533)
   Cavanaugh-Bill Law Offices, LLC
8  Henderson Bank Building
   401 Railroad Street, Suite 307
9  Elko, Nevada 89802
   Telephone: (775) 753-4357
10 E-mail: julie@cblawoffices.org

11 Attorneys for Plaintiff, Confederated Tribes
   of the Goshute Reservation

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
SOUTHERN DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al. | Case No. 2:14-cv-00226-APG-VCF |
| Plaintiffs, | (Consolidated with 2:14-cv-00228-APG-VCF) |
| v. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT; and UNITED STATES DEPARTMENT OF THE INTERIOR, | **CONFEDERATED TRIBES OF THE GOSHUTE RESERVATION'S UNOPPOSED MOTION TO APPEAR BY TELEPHONE AT THE OCTOBER 23, 2014 DISCOVERY HEARING;** |
| Defendants. | |
| WHITE PINE COUNTY, et al., | **[PROPOSED] ORDER** |
| Plaintiffs, | |
| v. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, et al., | |
| Defendants | |

Plaintiffs Confederated Tribes of the Goshute Reservation ("Tribes") respectfully request permission for their counsel Rovianne A. Leigh and Scott W. Williams to appear by telephone at the hearing scheduled for October 23, 2014 at 3:00 p.m. *See* Oct. 7 Minute Order (Doc. No. 44). The parties are currently engaged in discussions regarding case management and generally agree that this is an administrative record review case subject to Local Rule 16-1(c)(1). The parties are currently discussing a briefing schedule and other matters and plan to submit a proposed joint case management statement to the Court by October 21, 2014. If the hearing were to proceed as scheduled, however, it would involve considerable time and expense to the Tribes for Ms. Leigh and Mr. Williams to travel from Berkeley, California to attend the hearing. Accordingly, the Tribes respectfully request permission to appear by telephone at the October 23 hearing.

Counsel for the Tribes has contacted counsel for the other parties, and those counsel have indicated that they do not oppose the Tribes' request.

Respectfully submitted,

**BERKEY WILLIAMS LLP**

DATED: October 15, 2014

```
The call in conference number is
702-868-4911, passcode 123456.
The call must be generated from
a land line.
```

*/s/ Rovianne A. Leigh*

_____
Rovianne A. Leigh, *pro hac vice*

Attorneys for Plaintiff Confederated Tribes of the Goshute Reservation

**IT IS SO ORDERED**:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 15, 2014

MOTION FOR TELEPHONIC APPEARANCE                Case No. 2:14-cv-00226-APG-VCF

# CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2014, I caused a true and correct copy of the *CONFEDERATED TRIBES OF THE GOSHUTE RESERVATION'S UNOPPOSED MOTION TO APPEAR BY TELEPHONE AT THE OCTOBER 23, 2014 DISCOVERY HEARING; [PROPOSED] ORDER* to be served in the following manner:

ELECTRONIC SERVICE: Pursuant to LR 5-4 and Special Order 109 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on the parties through the Notice of Electronic Filing automatically generated by this Court.

*/s/ Rovianne A. Leigh*
_____
Rovianne A. Leigh