# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>        Defendants, | 2:14-cv-00226-APG-VCF<br><br>Consolidated with 2:14-cv-00228-APG-VCF<br><br>**<u>MINUTE ORDER</u>** |

The parties have filed the Joint Case Management Statement. (#52).

Accordingly,

IT IS HEREBY ORDERED that the discovery hearing scheduled for 3:00 p.m., October 23, 2014 is VACATED.

IT IS FURTHER ORDERED that the motions to appear telephonically (#49, #50, #51) are DENIED as MOOT.

Dated this 17th day of October, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE