**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) | Case No. 2:14-cv-00226-APG-VCF |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES BUREAU OF LAND | ) | |
| MANAGEMENT, *et al.*, | ) | |
| | ) | **JOINT CASE MANAGEMENT** |
| Defendants, | ) | **STATEMENT** |
| | ) | |
| and | ) | |
| | ) | |
| SOUTHERN NEVADA WATER | ) | |
| AUTHORITY, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |
| | ) | |
| WHITE PINE COUNTY, *et al.*, | ) | Case No. 2:14-cv-00228-APG-VCF |
| | ) | (Consolidated) |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES BUREAU OF LAND | ) | |
| MANAGEMENT, *et al.*, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SOUTHERN NEVADA WATER | ) | |
| AUTHORITY, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

Counsel for all parties in these two consolidated cases have conferred and propose the following joint case management statement and schedule to govern the proceedings in both cases. The parties agree that these are actions for review on an administrative record pursuant to the Administrative Procedure Act, 5 U.S.C. § 706 *et seq.*, and therefore shall proceed in accordance with Local Rule 16-1(c)(1). The parties are requesting longer than usual briefing periods and

JOINT CASE MANAGEMENT STATEMENT                                                                                           1

extensions of the page limits due to the voluminous Administrative Record that is being prepared for the challenged actions and the large number of claims and complexities that are involved. The parties are in agreement that this case will very likely be resolved on cross motions for summary judgment.  The parties note that the United States' Partial Motion to Dismiss certain Tribal claims in the *White Pine County* case [Dkt. No. 31] is still pending before the Court.  The government's motion was initially filed under Case No. 2:14-cv-00228-ASB, and later refiled under consolidated Case No. 2:14-cv-00226-APG-VCF on June 10, 2014.  The substance and timing of the Court's decision on the Partial Motion to Dismiss may cause the parties to seek modifications to the proposed schedule described below.  The parties agree that, depending on the Court's ruling on the Partial Motion to Dismiss certain Tribal claims, the Tribes reserve the option to file separate briefs on the Tribal claims, within the collective page limits set forth below for the *White Pine County* Plaintiffs.  If the Tribes do so, Federal Defendants and Defendant-Intervenor may also file separate briefs on the issues briefed by the Tribes within the collective page limits established for the *White Pine County* case.

All proposed deadlines below are for both consolidated cases.

1.      Lodging of the Administrative Record[1]:

        November 21, 2014.

        The parties agree, subject to the Court's approval that the administrative record may be submitted in electronic form on hard drives rather than in paper form.

2.      Deadline for Seeking Leave to Amend Complaint:

        January 30, 2015.

---

[1] Federal Defendants will lodge one Administrative Record for both cases.  Plaintiffs agree that for most claims in these two cases, the Court's review is limited to the Administrative Record, subject to certain limited exceptions.  The complaints in both cases, however, include a claim seeking to compel the Federal Defendants to prepare a "Supplemental Environmental Impact Statement" (SEIS) pursuant to the National Environmental Policy Act.  An action to compel an agency to prepare an SEIS is not a challenge to a final agency decision, but rather an action arising under 5 U.S.C. § 706(1), and therefore judicial review is not limited to the record as it existed at any single point in time.  *Friends of the Clearwater v. Dombeck*, 222 F.3d 552, 560 (9th Cir. 2000).  The Federal Defendants and Defendant-Intervenor reserve the right to oppose any motion to supplement should one be filed.

3.      Deadline for Parties to Confer on Record Disputes:

        February 17, 2015.

4.      Deadline for Filing Motion to Complete and/or Supplement the Administrative Record:

        March 17, 2015.

        If a motion to complete and/or supplement the Administrative Record is filed, any opposition will be due within 21 days after the filing of the motion, and the movant's reply will be due within 14 days after the filing of the opposition.  If a motion to complete and/or supplement is filed, the summary judgment briefing schedule set forth below shall be stayed pending the Court's resolution of the motion.  Within 10 days of an order of the Court resolving the motion to complete and/or supplement, the parties shall jointly submit a proposed revised summary judgment briefing schedule.

        Assuming that no motion to complete and/or supplement the Administrative Record is filed, summary judgment briefing shall proceed as follows:

5.      Deadline for each set of Plaintiffs to file: a) a concise statement of undisputed material facts; b) summary judgment motions; and, c) supporting opening briefs (Plaintiff in *Center for Biological Diversity* will be limited to 40 pages, and Plaintiffs in *White Pine County, et al*. will be limited collectively to 60 pages):

        May 1, 2015

6.      Deadline for the Federal Defendants to file their responses to each of Plaintiffs' motions, and: a) a concise statement of undisputed materials facts; b) summary judgment motions; and, c) supporting opening briefs (the combined response and opening brief in response to each set of Plaintiffs' briefs will be limited to 40 pages in the *Center for Biological Diversity* case and 60 pages in the *White Pine County* case):

        July 10, 2015

7.      Deadline for the Defendant-Intervenor to file its responses to each of Plaintiffs' motions, and: a) a concise statement of undisputed materials facts; b) summary judgment motions; and, c) supporting opening briefs (the combined response and opening brief in response

1  to each set of Plaintiffs' briefs will be limited to 40 pages in the *Center for Biological*

2  *Diversity* case and 60 pages in the *White Pine County* case):

3  July 17, 2015

4  8.  Deadline for each set of Plaintiffs to file their combined response and reply briefs

5  (Plaintiff in *Center for Biological Diversity* will be limited to 40 pages, and Plaintiffs in

6  *White Pine County, et al*. will be limited collectively to 60 pages):

7  September 4, 2015

8  9.  Deadline for the Federal Defendants to file their final reply briefs to each of the

9  Plaintiffs' replies (Defendants' reply in the *Center for Biological Diversity* case will be

10  limited to 30 pages, and Defendants' reply in the *White Pine County* case will be limited

11  to 45 pages):

12  October 23, 2015.

13  10.  Deadline for the Defendant-Intervenor to file its final reply briefs to each of the

14  Plaintiffs' replies (Defendant-Intervenor's reply in the *Center for Biological Diversity*

15  case will be limited to 30 pages, and Defendant-Intervenor's reply in the *White Pine*

16  *County* case will be limited to 45 pages):

17  October 30, 2015.

18  Respectfully submitted on October 17, 2014.

19
20  _/s/ Marc Fink_____
    Marc Fink (MN Bar No. 343407)
21  Center for Biological Diversity
    209 East 7th Street
22  Duluth, Minnesota 55805
    Tel: 218-464-0539
23  mfink@biologicaldiversity.org

24  Julie Cavanaugh-Bill (NV Bar No. 11533)
    Cavanaugh-Bill Law Offices, LLC
2   Henderson Bank Building
    401 Railroad Street, Suite 307
2   Elko, Nevada 89801
    Tel: 775-753-4357
2   julie@cblawoffices.org

28

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: ___10-17-2014_____

1
2

*Attorneys for Plaintiff Center for Biological Diversity*

3

  */s/ Simeon Herskovits*_____

4

Simeon Herskovits, Nevada Bar No. 11155
ADVOCATES FOR COMMUNITY

5

AND ENVIRONMENT
P.O. Box 1075

6

El Prado, New Mexico 87529
Phone: (575) 758-7202

7

Fax: (575) 758-7203

8

simeon@communityandenvironment.net

9

Kelly C. Brown, Nevada Bar No. 5591
White Pine County District Attorney

10

County Courthouse
801 Clark St., Suite 3

11

Ely, Nevada 89301
Phone: (775) 293-6565

12

Fax: (775) 289-1559
kbrown@mwpower.net

13

14

Paul Echo Hawk, *pro hac vice*

15

P. O. Box 2634
Kirkland, WA 98083

16

Telephone:  (206) 457-6918
paulechohawk@gmail.com

17

18

*Attorneys for Plaintiffs White Pine County, Nevada;*
*Great Basin Water Network; Central Nevada*

19

*Regional Water Authority; Sierra Club;; Ely*
*Shoshone Tribe; Duckwater Shoshone Tribe; Baker,*

20

*Nevada, Water & Sewer General Improvement*
*District; Utah Physicians for a Healthy*

21

*Environment; Utah Rivers Council; Utah Audubon*
*Council; and League of Woman Voters of Salt Lake,*

22

*Utah*

23

24

  */s/ Rovianne A. Leigh*_____

25

Rovianne A. Leigh, *pro hac vice*
Curtis G. Berkey, *pro hac vice*

26

Scott W. Williams, *pro hac vice*
Berkey Williams LLP

27

2030 Addison Street, Suite 410
Berkeley, California 94704

28

Telephone: (510) 548-7070

Facsimile: (510) 548-7080
cberkey@berkeywilliams.com
swilliams@berkeywilliams.com
rleigh@berkeywilliams.com

Paul Echo Hawk, *pro hac vice*
P. O. Box 2634
Kirkland, WA 98083
Telephone:  (206) 457-6918
paulechohawk@gmail.com

Julie Cavanaugh-Bill (NV Bar No. 11533)
Cavanaugh-Bill Law Offices, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, Nevada 89801
Tel: 775-753-4357
julie@cblawoffices.org

*Attorneys for Plaintiffs Confederated Tribes of the
Goshute Reservation*

   */s/ Luther L. Hajek*
DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

SAM HIRSCH
Acting Assistant Attorney General
Environment and Natural Resources Division
LUTHER L. HAJEK
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1376
Facsimile: 303-844-1350
Email: luke.hajek@usdoj.gov

1

2   MAUREEN RUDOLPH
    Trial Attorney, Natural Resources Section
3   United States Department of Justice
    Environment and Natural Resources Div.
4   601 D St., NW
    Washington, DC 20004
5   Telephone: (202) 305-0479
    Facsimile: (202) 305-0274
6   Email: maureen.rudolph@usdoj.gov

7   *Attorneys for Defendants United States Bureau of*
8   *Land Management; and United States Department*
    *of Interior*
9

10  __/s/ Hadassah M. Reimer_____
11  Gregory J. Walch (Nev. Bar No. 4780)
    Dana R. Walsh (Nev. Bar No. 10228)
12  Southern Nevada Water Authority
    1001 South Valley View Blvd. (MS #480)
13  Las Vegas, Nevada 89153
    Tel.: (702) 258-7166
14  Fax: (702) 875-7002
    greg.walch@lvvwd.com
15  dana.walsh@lvvwd.com

16
    Murray D. Feldman (Idaho Bar. No. 4097)
17  Holland & Hart LLP
    800 W. Main Street, Ste. 1750
18  Boise, Idaho 83702
    Tel.:  (208) 342-5000
19  Fax:  (208) 343-8869
20  mfeldman@hollandhart.com

21  Hadassah Reimer (Wyo. Bar No. 6-3825)
    Holland & Hart LLP
22  25 S. Willow St., Ste. 200
    PO Box 3099
23  Jackson, WY 83001
    Tel.:  (307) 734-4517
24  Fax:  (307) 739-9744
25  hmreimer@hollandhart.com

26
    *Attorneys for Defendant-Intervenor*
27  *Southern Nevada Water Authority*

28

JOINT CASE MANAGEMENT STATEMENT                                    7