# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No. 2:14-CV-00226-APG-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | |
| Defendants. | |

In light of the Amended Complaint (Dkt. #56), the Federal Defendants' Motion to Dismiss (Dkt. #31) the original Complaint is DENIED as moot.

DATED this 10th day of February, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE