UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CENTER FOR BIOLOGICAL DIVERSITY, WHITE PINE COUNTY, NEVADA, et al.,

    Plaintiffs

vs.

UNITED STATES BUREAU OF LAND MANAGEMENT, et al.,

    Defendants.

Case No. 2:14-cv-00226 **APG-VCF**

(consolidated with 2:14-cv-0028)

## SUBSTITUTION OF ATTORNEY
### (DUCKWATER SHOSHONE TRIBE and ELY SHOSHONE TRIBE)

Plaintiffs, DUCKWATER SHOSHONE TRIBE and ELY SHOSHONE TRIBE, hereby substitute JULIE CAVANAUGH-BILL, of the Cavanaugh-Bill Law Offices, LLC, 401 Railroad St., Elko, Nevada 89801, (775)-753-4357, as attorney of record in place and stead of: KELLY CRAIG BROWN.

DATED: 12/05/2014

    Duckwater Shoshone Tribe

DATED: 12-15-2014

    Ely Shoshone Tribe

I consent to the above substitution.

DATED: 4-15-15

    Kelly Craig Brown, Present Attorney

////
////

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: April 17, 2015

_____
Julie Cavanaugh-Bill, New Attorney

Please check one: __✓__ RETAINED, or _____ APPOINTED BY THE COURT.

APPROVED:

DATED: April 17, 2015

_____
(UNITED STATES DISTRICT JUDGE)

2

CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the District Court by way of electronic filing on ~~November~~ April 17, ~~2014~~ 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the District Court CM/ECF systems.

JULIE CAVANAUGH-BILL