UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
SOUTHERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No. 2:14-cv-00226-APG-VCF |
| Plaintiff, | |
| vs. | **CORRECTED STIPULATION TO EXTEND BRIEFING SCHEDULE** |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | |
| Defendants, | **(First Request)** |
| and | |
| SOUTHERN NEVADA WATER AUTHORITY, | **ORDER** |
| Defendant-Intervenor. | |
| WHITE PINE COUNTY, *et al.*, | Case No. 2:14-cv-00228-APG-VCF (Consolidated) |
| Plaintiffs, | |
| vs. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | |
| Defendants, | |
| and | |
| SOUTHERN NEVADA WATER AUTHORITY, | |
| Defendant-Intervenor. | |

In a June 4, 2015 Order (ECF No. 74), the Court approved the Parties' Stipulation Regarding Briefing Schedule (ECF No. 73), which set forth a schedule for the filing of any motions concerning the Administrative Record and for summary judgment briefing. That stipulation and briefing schedule followed the modification of the original case management

CORRECTED STIPULATION TO EXTEND BRIEFING SCHEDULE

1

schedule as a result of issues relating to completion of the administrative record (*See* ECF Nos. 54, 64 and 71). No motion has been filed concerning the Administrative Record. However, due to unanticipated developments in other cases and health problems that have arisen over the past two months, counsel for Plaintiffs White Pine County, et al., requested, and the other parties have agreed to, a revised briefing schedule for summary judgment briefing.

Now, subject to the Court's approval, the parties stipulate to the following deadlines applicable to both of the consolidated cases:

1. Deadline for each set of Plaintiffs to file summary judgment motions and supporting opening briefs (Plaintiff in the *Center for Biological Diversity* case will be limited to 40 pages, and Plaintiffs in the *White Pine County* case will be limited collectively to 60 pages): October 30, 2015

2. Deadline for Federal Defendants to file summary judgment motions and combined briefs supporting their summary judgment motions and responding to each of Plaintiffs' motions (Federal Defendants' combined brief in the *Center for Biological Diversity* case will be limited to 40 pages, and Federal Defendants' combined brief in the *White Pine County* case will be limited to 60 pages): January 15, 2016

3. Deadline for Defendant-Intervenor to file summary judgment motions and combined briefs supporting its summary judgment motions and responding to each of Plaintiffs' motions (Defendant-Intervenor's combined brief in the *Center for Biological Diversity* case will be limited to 40 pages, and Defendant-Intervenor's combined brief in the *White Pine County* case will be limited to 60 pages): January 27, 2016

CORRECTED STIPULATION TO EXTEND BRIEFING SCHEDULE

2

4. Deadline for each set of Plaintiffs to file their combined response and reply briefs (Plaintiff in the *Center for Biological Diversity* case will be limited to 40 pages, and Plaintiffs in the *White Pine County* case will be limited collectively to 60 pages): March 16, 2016

5. Deadline for the Federal Defendants to file their reply briefs to each of the Plaintiffs' combined response and reply briefs (Federal Defendants' replies will be limited to 30 pages in the *Center for Biological Diversity* case and 45 pages in the *White Pine County* case): May 4, 2016

6. Deadline for Defendant-Intervenor to file its reply briefs to each of the Plaintiffs' combined response and reply briefs (Defendant-Intervenor's replies will be limited to 30 pages in the *Center for Biological Diversity* case and 45 pages in the *White Pine County* case): May 11, 2016.

Counsel for the parties have authorized Plaintiffs White Pine County's counsel to file this stipulation on behalf of all the parties.

Respectfully submitted on August 26, 2015.

**SO ORDERED.**

Dated: August 27, 2015.

_____
UNITED STATES DISTRICT JUDGE

/s/ Simeon Herskovits
Simeon Herskovits, Nevada Bar No. 11155
ADVOCATES FOR COMMUNITY
AND ENVIRONMENT
P.O. Box 1075
El Prado, New Mexico 87529
Phone: (575) 758-7202
Fax: (575) 758-7203
simeon@communityandenvironment.net

Kelly C. Brown, Nevada Bar No. 5591
1032 75th St. E.
Ely, Nevada 89301
Phone: (702) 218-9921
kbrown@kbnvlaw.com

CORRECTED STIPULATION TO EXTEND BRIEFING SCHEDULE

3

Paul Echo Hawk, *pro hac vice*
Echo Hawk Law Office
P.O. Box 4166
Pocatello, Idaho 83205
208-705-9503
Fax: 208-904-3878
Email: paulechohawk@gmail.com

*Attorneys for Plaintiffs White Pine County, Nevada; Great Basin Water Network; Central Nevada Regional Water Authority; Sierra Club;; Ely Shoshone Tribe; Duckwater Shoshone Tribe; Baker, Nevada, Water & Sewer General Improvement District; Utah Physicians for a Healthy Environment; Utah Rivers Council; Utah Audubon Council; and League of Woman Voters of Salt Lake, Utah*

_/s/ Marc Fink_
Marc Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Tel: 218-464-0539
mfink@biologicaldiversity.org

Julie Cavanaugh-Bill (NV Bar No. 11533)
Cavanaugh-Bill Law Offices, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, Nevada 89801
Tel: 775-753-4357
julie@cblawoffices.org

*Attorneys for Plaintiff Center for Biological Diversity*

_/s/ Rovianne A. Leigh_
Rovianne A. Leigh, *pro hac vice*
Curtis G. Berkey, *pro hac vice*
Scott W. Williams, *pro hac vice*
Berkey Williams LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Telephone: (510) 548-7070
Facsimile: (510) 548-7080
cberkey@berkeywilliams.com
swilliams@berkeywilliams.com

CORRECTED STIPULATION TO EXTEND BRIEFING SCHEDULE


rleigh@berkeywilliams.com

Paul Echo Hawk, *pro hac vice*
Echo Hawk Law Office
P.O. Box 4166
Pocatello, Idaho 83205
208-705-9503
Fax: 208-904-3878
Email: paulechohawk@gmail.com

Julie Cavanaugh-Bill (NV Bar No. 11533)
Cavanaugh-Bill Law Offices, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, Nevada 89801
Tel: 775-753-4357
julie@cblawoffices.org

*Attorneys for Plaintiffs Confederated Tribes of the Goshute Reservation*

DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

 *Luther L. Hajek*
LUTHER L. HAJEK, *pro hac vice*
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1376
Facsimile: 303-844-1350
Email: luke.hajek@usdoj.gov

CORRECTED STIPULATION TO EXTEND BRIEFING SCHEDULE

MAUREEN RUDOLPH, *pro hac vice*
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Div.
601 D St., NW
Washington, DC 20004
Telephone: (202) 305-0479
Facsimile: (202) 305-0274
Email: maureen.rudolph@usdoj.gov

*Attorneys for Defendants United States Bureau of Land Management and United States Department of Interior*

Gregory J. Walch (Nev. Bar No. 4780)
Dana R. Walsh (Nev. Bar No. 10228)
Southern Nevada Water Authority
1001 South Valley View Blvd. (MS #480)
Las Vegas, Nevada 89153
Tel.: (702) 258-7166
Fax: (702) 875-7002
greg.walch@lvvwd.com
dana.walsh@lvvwd.com

Murray D. Feldman (Idaho Bar. No. 4097)
Holland & Hart LLP
800 W. Main Street, Ste. 1750
Boise, Idaho 83702
Tel.: (208) 342-5000
Fax: (208) 343-8869
mfeldman@hollandhart.com
*Admitted pro hac vice*

 _Hadassah M. Reimer_
Hadassah M. Reimer (Wyo. Bar No. 6-3825)
Holland & Hart LLP
25 S. Willow St., Ste. 200
PO Box 3099
Jackson, WY 83001
Tel.: (307) 734-4517
Fax: (307) 739-9744
hmreimer@hollandhart.com
*Admitted pro hac vice*

*Attorneys for Defendant-Intervenor Southern Nevada Water Authority*

CORRECTED STIPULATION TO EXTEND BRIEFING SCHEDULE

6