DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

LUTHER L. HAJEK
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1376
Facsimile: 303-844-1350
Email: luke.hajek@usdoj.gov

MAUREEN RUDOLPH
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Division
601 D St., NW
Washington, DC 20004
Telephone: (202) 305-0479
Facsimile: (202) 305-0274
Email: maureen.rudolph@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No. 2:14-cv-00226-APG-VCF |
| Plaintiff, | (Consolidated) |
| v. | **FEDERAL DEFENDANTS' MOTION TO WITHDRAW AS COUNSEL** |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | |
| Defendants. | |

1

|   |   |
|---|---|
| WHITE PINE COUNTY, *et al.*, | ) |
| Plaintiff, | ) No. 2:14-cv-00228-APG-VCF |
| v. | ) |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | ) |
| Defendants. | ) |

Federal Defendants respectfully ask the Court to grant this motion to withdraw Maureen Rudolph as counsel. Ms. Rudolph will be leaving the U.S. Department of Justice and will no longer be counsel for Federal Defendants in this proceeding. Luther L. Hajek will continue to be lead counsel of record on behalf of Federal Defendants in these cases. Pursuant to Local Rule 10-6(b), Ms. Rudolph provided notice to her clients and opposing counsel on October 14, 2015, via email.

Respectfully submitted this 1tth day of October 2015.

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney

JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division

*/s/ Maureen E. Rudolph*_____
LUTHER L. HAJEK
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Division

MAUREEN E. RUDOLPH
Senior Trial Attorney, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Division

Of Counsel:

Stephen R. Palmer

2

1  Assistant Regional Solicitor
   Office of the Regional Solicitor
2  Department of the Interior
   2800 Cottage Way, Room E-1712
3  Sacramento, CA  95825-1890

4

5

6

7

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _10-20-2015_____