DANIEL G. BOGDEN
United States Attorney
District of Nevada

ROGER W. WENTHE
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: roger.wenthe@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WHITE PINE COUNTY, NEVADA ET AL.  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>UNITED STATES BUREAU OF LAND  )<br>MANAGEMENT ET AL.  )<br>)<br>Defendants.  ) | Case No. 2:14-cv-00226-APG-VCF<br><br>**ORDER** |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Stacey Bosshardt to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

Ms. Bosshardt is an attorney with the United States Department of Justice, Environment & Natural Resources Division, an agency of the federal government, and is a member in good standing of the District of Columbia bar (No. 458645).

The following information is provided to the Court:

Stacey Bosshardt
Senior Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-514-2912
Fax: 202-305-0506
E-mail: Stacey.Bosshardt@usdoj.gov

Accordingly, the United States respectfully requests that the Court admit Stacey Bosshardt to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 7th day of January 2016.

DANIEL G. BOGDEN
United States Attorney

*/s/ Roger W. Wenthe*
ROGER W. WENTHE
Assistant United States Attorney

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: January 8, 2016