**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No. 2:14-cv-226-APG-VCF |
| Plaintiff, | Consolidated with 2:14-cv-228-APG-VCF |
| v. | |
| | **ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE SUMMARY JUDGMENT REPLIES AND FOR PERMISSION TO FILE A COMBINED REPLY BRIEF ADDRESSING THE OPPOSITIONS FILED BY ALL OF THE PLAINTIFFS** |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | |
| Defendants, | |
| and | |
| SOUTHERN NEVADA WATER AUTHORITY, | |
| Defendant-Intervenor. | |

| | |
|---|---|
| WHITE PINE COUNTY, *et al.*, | |
| Plaintiff, | |
| v. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | |
| Defendants, | |
| and | |
| SOUTHERN NEVADA WATER AUTHORITY, | |
| Defendant-Intervenor. | |

Upon consideration of Defendants' Motion for an Extension of Time to File Summary Judgment Replies and for Permission to File a Combined Reply Brief Addressing the Oppositions Filed by All of the Plaintiffs, and finding that good cause exists, the motion is hereby GRANTED, and is it further ORDERED that the summary judgment briefing schedule is modified as follows:

1. Defendants shall file a combined reply brief of up to 70 pages in total supporting their motions for summary judgment in the *Center for Biological Diversity* and *White Pine County* cases by August 26, 2016.

2. Defendant-Intervenor shall files its reply briefs to each of the Plaintiffs' summary judgment opposition briefs (Defendant-Intervenor's reply in the *Center for Biological Diversity* case will be limited to 30 pages, and Defendant-Intervenor's reply in the *White Pine County* case will be limited to 45 pages) by September 9, 2016.

IT IS SO ORDERED

Dated:   July 26, 2016.                             _____
                                                    UNITED STATES DISTRICT JUDGE

1