Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Tel: 218-464-0539
mfink@biologicaldiversity.org

Julie Cavanaugh-Bill (NV Bar No. 11533)
Cavanaugh-Bill Law Offices, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, Nevada 89801
Tel: 775-753-4357
julie@cblawoffices.org

*Attorneys for Plaintiff Center for Biological Diversity*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No. 2:14-cv-00226-APG-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND JOINT MOTION TO STAY BRIEFING RE:** |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | **PLAINTIFF CENTER FOR BIOLOGICAL DIVERSITY'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| Defendants, | |
| and | **ORDER** |
| SOUTHERN NEVADA WATER AUTHORITY, | |
| Defendant-Intervenor. | |
| WHITE PINE COUNTY, *et al.*, | Case No. 2:14-cv-00228-APG-VCF (Consolidated) |
| Plaintiffs, | |
| vs. | |
| UNITED STATES BUREAU OF LAND | |

| | )|
|---|---|
| MANAGEMENT, *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| SOUTHERN NEVADA WATER | ) |
| AUTHORITY, | ) |
| | ) |
| Defendant-Intervenor. | ) |
| _____ | ) |

Plaintiff Center for Biological Diversity ("the Center") has filed a motion for attorneys' fees, costs, and expenses pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. In order to facilitate the ongoing settlement discussions regarding the Center's motion, the Center and Federal Defendants jointly move this Court to stay briefing on the Center's motion for 60 days. In support of this motion, the Center and Federal Defendants stipulate as follows:

1. Concurrently with this stipulation and joint motion, the Center has filed a motion for attorney fees' and costs. The Center's motion will be supplement as appropriate to account for any future litigation in this case.

2. The Center and Federal Defendants agree that briefing and argument on the Center's claim for attorneys' fees and costs may be unnecessary in light of the parties' attempt to settle the Center's claim.

3. The Center and Federal Defendants agree that future proceedings on the Center's motion for an award of attorneys' fees and costs, including the filing of a supporting brief and other materials supporting that motion, should be deferred for 60 days. At that time, the Center and Federal Defendants will either jointly propose a briefing schedule to address the Center's motion for attorneys' fees and costs, or the parties will otherwise apprise the Court of the status of the Center's motion and any request for action by the Court.

Based on the foregoing, the Center and Federal Defendants respectfully request that this Court stay briefing and argument on the Center's concurrently filed motion for attorneys' fees and costs for 60 days from the date of the Court's order granting such stay.

Dated this 12th day of January, 2018.

Respectfully submitted,

/s/ Marc D. Fink
Marc D. Fink, *pro hac vice* (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Tel: 218-464-0539
mfink@biologicaldiversity.org

Julie Cavanaugh-Bill (NV Bar No. 11533)
Cavanaugh-Bill Law Offices, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, Nevada 89801
Tel: 775-753-4357
julie@cblawoffices.org

*Attorneys for Plaintiff*
*Center for Biological Diversity*

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: 1/16/2018

STEVEN W. MYHRE
Acting United States Attorney

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

JEFFREY H. WOOD
Acting Assistant Attorney General

/s/ Luther L. Hajek
LUTHER L. HAJEK
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1376
Facsimile: 303-844-1350
Email: luke.hajek@usdoj.gov

STACEY BOSSHARDT
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
601 D St., NW
Washington, DC 20004
Telephone: 202-514-2912
Facsimile: 202-305-0274
E-mail: stacey.bosshardt@usdoj.gov

Of Counsel:

Stephen R. Palmer
Assistant Regional Solicitor
Office of the Regional Solicitor
Department of the Interior
2800 Cottage Way, Room E-1712
Sacramento, CA  95825-1890

*Counsel for Federal Defendants*

IT IS SO ORDERED:

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: