Marc D. Fink (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Tel: 218-464-0539
mfink@biologicaldiversity.org

Julie Cavanaugh-Bill (NV Bar No. 11533)
Cavanaugh-Bill Law Offices, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, Nevada 89801
Tel: 775-753-4357
julie@cblawoffices.org

*Attorneys for Plaintiff Center for Biological Diversity*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) | |
| | ) | Case No. 2:14-cv-00226-APG-VCF |
| Plaintiff, | ) | |
| vs. | ) | **SECOND STIPULATION AND JOINT** |
| | ) | **MOTION TO STAY BRIEFING RE:** |
| UNITED STATES BUREAU OF LAND | ) | **PLAINTIFF CENTER FOR** |
| MANAGEMENT, *et al*., | ) | **BIOLOGICAL DIVERSITY'S MOTION** |
| | ) | **FOR ATTORNEYS' FEES AND COSTS** |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SOUTHERN NEVADA WATER | ) | |
| AUTHORITY, | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |
| | ) | |
| WHITE PINE COUNTY, *et al*., | ) | Case No. 2:14-cv-00228-APG-VCF |
| | ) | (Consolidated) |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES BUREAU OF LAND | ) | |
| MANAGEMENT, *et al*., | ) | |

|  | ) |
|---|---|
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| SOUTHERN NEVADA WATER AUTHORITY, | ) |
| | ) |
| Defendant-Intervenor. | ) |
| | ) |

To facilitate ongoing settlement discussions regarding the motion for attorneys' fees and costs filed by Plaintiff Center for Biological Diversity ("the Center") in this case, the Center and Defendant U.S. Bureau of Land Management, *et al* ("BLM") hereby stipulate to and respectfully request that the Court enter an order further staying briefing on the Center's motion for attorneys' fees and costs for an additional 60 days, until May 18, 2018. In support of this motion, the Center and BLM stipulate as follows:

1.      On January 12, 2018, the Center filed a motion for attorneys' fees and costs. Dkt. No. 153.

2.      On January 16, 2018, the Court granted the parties' stipulation and joint motion to stay briefing for 60 days to allow time for settlement discussions regarding the Center's motion. Dkt. No. 155. Pursuant to the Court's Order, the stay of briefing ends on March 19, 2018.

3.      The Center and BLM agree that progress has been made during negotiations, and that briefing and argument on the Center's motion for attorneys' fees and costs may be unnecessary in light of the parties' ongoing attempt to settle this issue. The Center and BLM agree that they need additional time beyond March 19 in order to conduct additional negotiations regarding the Center's motion.

4.      Accordingly, the Center and BLM agree that briefing on the Center's motion for attorneys' fees and costs should be further stayed for an additional 60 days, until May 18, 2018.

At that time, the parties will either jointly propose a briefing schedule to address the Center's motion for attorneys' fees and costs, or apprise the Court of the status of the Center's motion and request for action by the Court.

The Center and BLM therefore respectfully request that the Court stay briefing and argument on the Center's motion for attorneys' fees and costs until May 18, 2018.

Dated this 14th day of March, 2018.

Respectfully submitted,

/s/ Marc D. Fink
Marc D. Fink, *pro hac vice* (MN Bar No. 343407)

**IT IS SO ORDERED.**

Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Tel: 218-464-0539
mfink@biologicaldiversity.org

_____
United States District Judge
Dated: March 16, 2018

Julie Cavanaugh-Bill (NV Bar No. 11533)
Cavanaugh-Bill Law Offices, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, Nevada 89801
Tel: 775-753-4357
julie@cblawoffices.org

*Attorneys for Plaintiff*
*Center for Biological Diversity*

STEVEN W. MYHRE
Acting United States Attorney

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

JEFFREY H. WOOD

Acting Assistant Attorney General

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1376
Facsimile: 303-844-1350
Email: luke.hajek@usdoj.gov

STACEY BOSSHARDT
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
601 D St., NW
Washington, DC 20004
Telephone: 202-514-2912
Facsimile: 202-305-0274
E-mail: stacey.bosshardt@usdoj.gov

Of Counsel:

Stephen R. Palmer
Assistant Regional Solicitor
Office of the Regional Solicitor
Department of the Interior
2800 Cottage Way, Room E-1712
Sacramento, CA  95825-1890

*Counsel for Federal Defendants*

IT IS SO ORDERED:

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: