DAYLE ELIESON
Interim United States Attorney

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Tel: 702-388-6336, Fax: 702-388-6787
Email: blaine.welsh@usdoj.gov

JEFFREY H. WOOD
Acting Assistant Attorney General

LUTHER L. HAJEK
STACEY BOSSHARDT
Trial Attorneys, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1376, Fax: 303-844-1350
Email: luke.hajek@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No. 2:14-cv-226-APG-VCF |
| Plaintiff, | Consolidated with 2:14-cv-228-APG-VCF |
| v. | **STIPULATION AND SETTLEMENT OF PLAINTIFF CENTER FOR BIOLOGICAL DIVERSITY'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | |
| Defendants, | |
| and | |
| SOUTHERN NEVADA WATER AUTHORITY, | **ORDER** |
| Defendant-Intervenor. | |

| | |
|---|---|
| WHITE PINE COUNTY, *et al.*, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | )<br>)<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| SOUTHERN NEVADA WATER AUTHORITY, | ) |
| Defendant-Intervenor. | )<br>) |

Defendants U.S. Bureau of Land Management and the U.S. Department of the Interior (collectively, "Defendants") and Plaintiff Center for Biological Diversity ("Plaintiff"), through their undersigned attorneys, hereby stipulate and agree as follows:

1. Plaintiff has submitted a motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412. *See* Plaintiff Center for Biological Diversity's Motion for Attorneys' Fees and Costs ("Fee Motion") (ECF No. 153).

2. For purposes of settlement only and without conceding liability for attorneys' fees and costs, Defendants agree to pay Plaintiff a total of $120,000 in full and complete satisfaction of Plaintiff's Equal Access to Justice Act claim and any and all potential claims that Plaintiff may have for attorneys' fees and costs associated with this case.

3. The payment described in paragraph 2 shall be accomplished by electronic funds transfer to the Center for Biological Diversity. Within twenty days of execution of this agreement, Plaintiff's counsel shall provide to Defendants the information necessary to accomplish the electronic funds transfer, including bank account number and routing information, and the name and address associated with the account.

4. Plaintiff and Plaintiff's counsel agree to hold Defendants and the United States harmless in any litigation, further suit, or claim arising from the authorized transfer of the payments described in paragraph 3. The United State may offset the payment amount to account for any delinquent debts owed by the Center for Biological Diversity to the United States pursuant to 31 U.S.C. §§ 3711, 3716.

5. Plaintiff agrees that the receipt of the payment described in paragraph 2 shall operate as a waiver and release of any and all claims for attorneys' fees and costs associated with this case.

6. This settlement is entered into solely for purposes of settling Plaintiff's Fee Motion and does not represent an admission by any party of any claim or defense in relation to the Fee Motion for this case. Further, this settlement agreement has no precedential value. It shall not bind any party in any future proceeding of any kind, whether judicial or administrative

STIPULATION AND SETTLEMENT
OF ATTORNEYS' FEES AND COSTS        1

in nature, and shall not be cited as evidence or referred to in any proceeding, except as necessary to effect the terms of this agreement.

7. No provision of this settlement agreement shall be interpreted as or constitute a commitment or requirement that Defendants obligate or pay funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable appropriations law.

8. This stipulation represents the entirety of the agreement between Plaintiff and Defendants with regard to the settlement of Plaintiff's claims for attorneys' fees and costs.

9. The undersigned representatives of each party certify that they are fully authorized by the respective parties they represent to enter into the terms and conditions of this settlement agreement and to legally bind the parties to the agreement.

10. The terms of this agreement shall become effective upon the Court's approval of this stipulation.

IT IS SO STIPULATED AND AGREED.

Respectfully submitted this 19th day of June, 2018.

                                        DAYLE ELIESON
                                        Interim United States Attorney

                                        BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

JEFFREY H. WOOD
Acting Assistant Attorney General

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
STACEY BOSSHARDT
Trial Attorneys, Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1376

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: June 19, 2018

STIPULATION AND SETTLEMENT
OF ATTORNEYS' FEES AND COSTS    2

Facsimile: 303-844-1350
Email: luke.hajek@usdoj.gov

Of Counsel:

Stephen R. Palmer
Assistant Regional Solicitor
Office of the Regional Solicitor
Department of the Interior
2800 Cottage Way, Room E-1712
Sacramento, CA 95825-1890

*Attorneys for Defendants*

/s/ Marc D. Fink
Marc D. Fink, *pro hac vice* (MN Bar No. 343407)
Center for Biological Diversity
209 East 7th Street
Duluth, Minnesota 55805
Tel: 218-464-0539
mfink@biologicaldiversity.org

Julie Cavanaugh-Bill (NV Bar No. 11533)
Cavanaugh-Bill Law Offices, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, Nevada 89801
Tel: 775-753-4357
julie@cblawoffices.org

*Attorneys for Plaintiff*
*Center for Biological Diversity*

IT IS SO ORDERED

UNITED STATES DISTRICT JUDGE

DATED: _____

STIPULATION AND SETTLEMENT
OF ATTORNEYS' FEES AND COSTS      3