DAYLE ELIESON
Interim United States Attorney

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

JEFFREY H. WOOD
Acting Assistant Attorney General

LUTHER L. HAJEK
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Telephone: 303-844-1376
Facsimile: 303-844-1350
Email: luke.hajek@usdoj.gov

*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
# SOUTHERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No. 2:14-cv-00226-APG-VCF |
| Plaintiff, | |
| vs. | **FOURTH STIPULATION AND JOINT MOTION TO STAY BRIEFING RE: PLAINTIFFS WHITE PINE COUNTY, ET AL.'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | |
| Defendants, | |
| and | **ORDER** |
| SOUTHERN NEVADA WATER AUTHORITY, | |

|  |  |  |
|---|---|---|
|      Defendant-Intervenor. | ) | |
| | ) | |
| WHITE PINE COUNTY, *et al.*, | ) | Case No. 2:14-cv-00228-APG-VCF |
| | ) | (Consolidated) |
|      Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | ) | |
| | ) | |
|      Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SOUTHERN NEVADA WATER AUTHORITY, | ) | |
| | ) | |
|      Defendant-Intervenor. | ) | |

To facilitate ongoing settlement discussions regarding the motion for attorneys' fees and costs filed by Plaintiffs White Pine County, et al. ("the County") in this case, the County and Defendants U.S. Bureau of Land Management, et al. ("Federal Defendants") hereby stipulate to and respectfully request that the Court enter an order further staying briefing on the County's motion for fees and costs for an additional 60 days, until September 17, 2018. In support of this motion, the County and Federal Defendants stipulate as follows:

    1.    On January 22, 2018, the County filed a motion for attorneys' fees and costs (ECF No. 156) and a stipulation and joint motion to stay briefing on that motion (ECF No. 157).

    2.    On January 23, 2018, the Court granted the parties' stipulation and joint motion to stay briefing and ordered briefing stayed for 60 days to allow time for settlement discussions regarding the County's motion (ECF No. 158). On March 19, 2018, the Court granted the parties' second stipulation and joint motion to stay briefing and extended the stay of briefing until May 18, 2018 (ECF Nos. 163 & 164). And on May 16, 2018, the Court granted the parties'

third stipulation and joint motion to stay briefing and extended the stay to July 17, 2018 (ECF No. 168).

3. The County and Federal Defendants agree that progress has been made in negotiations, and that briefing and argument on the County's motion for attorneys' fees and costs may be unnecessary in light of the parties' ongoing attempt to settle this issue. The County and Federal Defendants agree that they need additional time beyond July 17, 2018 to conduct additional negotiations to reach a settlement as to the County's motion.

4. Accordingly, the County and Federal Defendants agree that briefing on the County's motion for attorneys' fees and costs should be further stayed for an additional 60 days, until September 17, 2018. At that time, the parties will either jointly propose a briefing schedule to address the County's motion for attorneys' fees and costs, or apprise the Court of the status of the County's motion and any request for action by the Court.

Based on the foregoing, the County and Federal Defendants respectfully request that the Court further stay briefing and argument on the County's motion for attorneys' fees and costs for an additional 60 days until September 17, 2018.

Dated this 17th day of July, 2018.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: July 18, 2018.

Respectfully submitted,

*/s/ Simeon Herskovits*
Simeon Herskovits (NV Bar No. 11155)
Iris Thornton, *pro hac vice*
Advocates for Community and Environment
P.O. Box 1075
El Prado, New Mexico 87529
Telephone: 575-758-7202
simeon@communityandenvironment.net

Michael C. Wheable (NV Bar No. 12518)
White Pine County District Attorney
County Courthouse

801 Clark Street, Suite 3
Ely, Nevada 89301
Telephone: 775-293-6565
MWheable@whitepinecountynv.gov

*Attorneys for Plaintiffs*
*White Pine County, et al.*


DAYLE ELIESON
Interim United States Attorney

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

JEFFREY H. WOOD
Acting Assistant Attorney General

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Telephone: 303-844-1376
Facsimile: 303-844-1350
Email: luke.hajek@usdoj.gov

STACEY BOSSHARDT
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment & natural Resources Division
601 D Street, NW
Washington, D.C. 20004
Telephone: 202-514-2912
Facsimile: 202-305-0274
Email: stacey.bosshardt@usdoj.gov

Of Counsel:

Stephen R. Palmer
Assistant Regional Solicitor
Office of the Regional Solicitor
Department of the Interior
2800 Cottage Way, Room E-1712
Sacramento, California 95825-1890

*Counsel for Federal Defendants*

IT IS SO ORDERED:


_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: