# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants | Case No.: 2:14-cv-00226-APG-VCF<br><br>**Order Extending Deadline to File Motion for Attorney's Fees** |

In light of the parties' status report (ECF No. 175),

IT IS ORDERED that the deadline to file a renewed motion for attorney's fees is extended to November 30, 2018.

DATED this 7th day of November, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE