DAYLE ELIESON
Interim United States Attorney

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Tel: 702-388-6336, Fax: 702-388-6787
Email: blaine.welsh@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

LUTHER L. HAJEK
STACEY BOSSHARDT
Trial Attorneys, Natural Resources Section
United States Department of Justice
Environment and Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1376, Fax: 303-844-1350
Email: luke.hajek@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | Case No. 2:14-cv-226-APG-VCF |
| Plaintiff, | Consolidated with 2:14-cv-228-APG-VCF |
| v. | **STIPULATION AND SETTLEMENT OF PLAINTIFFS WHITE PINE COUNTY ET AL.'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | |
| Defendants, | |
| and | |
| SOUTHERN NEVADA WATER AUTHORITY, | |
| Defendant-Intervenor. | |

| | |
|---|---|
| WHITE PINE COUNTY, *et al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES BUREAU OF LAND MANAGEMENT, *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| SOUTHERN NEVADA WATER AUTHORITY, | ) |
| | ) |
| Defendant-Intervenor. | ) |

Defendants U.S. Bureau of Land Management and the U.S. Department of the Interior (collectively, "Defendants") and Plaintiffs White Pine County *et al.* (collectively, "Plaintiffs"), through their undersigned attorneys, hereby stipulate and agree as follows:

1. Plaintiffs have submitted a motion for attorneys' fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412. *See* Plaintiffs White Pine County et al.'s Motion for Attorneys' Fees and Costs ("Fee Motion") (ECF No. 156).

2. For purposes of settlement only and without conceding liability for attorneys' fees and costs, Defendants agree to pay Plaintiffs a total of $80,000 in full and complete satisfaction of Plaintiffs' Equal Access to Justice Act claim and any and all potential claims that Plaintiffs may have for attorneys' fees and costs associated with this case.

3. The payment described in paragraph 2 shall be accomplished by electronic funds transfer to Advocates for Community and Environment. Within twenty days of execution of this agreement, Plaintiff's counsel shall provide to Defendants the information necessary to accomplish the electronic funds transfer, including bank account number and routing information, and the name and address associated with the account.

4. Plaintiffs and Plaintiffs' counsel agree to hold Defendants and the United States harmless in any litigation, further suit, or claim arising from the authorized transfer of the payments described in paragraph 3. The United States may offset the payment amount to account for any delinquent debts owed by the Plaintiffs to the United States pursuant to 31 U.S.C. §§ 3711, 3716.

5. Plaintiffs agree that the receipt of the payment described in paragraph 2 shall operate as a waiver and release of any and all claims for attorneys' fees and costs associated with this case.

6. This settlement is entered into solely for purposes of settling Plaintiffs' Fee Motion and does not represent an admission by any party of any claim or defense in relation to the Fee Motion for this case. Further, this settlement agreement has no precedential value. It shall not bind any party in any future proceeding of any kind, whether judicial or administrative

in nature, and shall not be cited as evidence or referred to in any proceeding, except as necessary to effect the terms of this agreement.

7. No provision of this settlement agreement shall be interpreted as or constitute a commitment or requirement that Defendants obligate or pay funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable appropriations law.

8. This stipulation represents the entirety of the agreement between Plaintiffs and Defendants with regard to the settlement of Plaintiffs' claims for attorneys' fees and costs.

9. The undersigned representatives of each party certify that they are fully authorized by the respective parties they represent to enter into the terms and conditions of this settlement agreement and to legally bind the parties to the agreement.

10. The terms of this agreement shall become effective upon the Court's approval of this stipulation.

IT IS SO STIPULATED AND AGREED.

Respectfully submitted this 16th day of November, 2018.

DAYLE ELIESON
Interim United States Attorney

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

**IT IS SO ORDERED.**

JEAN E. WILLIAMS
Deputy Assistant Attorney General

_____
UNITED STATES DISTRICT JUDGE
Dated: November 19, 2018.

*/s/ Luther L. Hajek*
LUTHER L. HAJEK
STACEY BOSSHARDT
Trial Attorneys, Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
999 18th St., South Terrace, Suite 370
Denver, CO 80202
Telephone: 303-844-1376

STIPULATION AND SETTLEMENT
OF ATTORNEYS' FEES AND COSTS        2

Facsimile: 303-844-1350
Email: luke.hajek@usdoj.gov

Of Counsel:

Stephen R. Palmer
Assistant Regional Solicitor
Office of the Regional Solicitor
Department of the Interior
2800 Cottage Way, Room E-1712
Sacramento, CA  95825-1890

*Attorneys for Defendants*

*/s/ Simeon Herskovits*
Simeon Herskovits (NV Bar No. 11155)
Advocates for Community and Environment
P.O. Box 1075
El Prado, New Mexico 87529
Telephone: 575-758-7202
Facsimile:  575-758-7203
E-mail: simeon@communityandenvironment.net

Michael C. Wheable (NV Bar No. 12518)
White Pine County District Attorney
County Courthouse
801 Clark Street, Suite 3
Ely, Nevada 89301
Telephone: 775-293-6565
E-mail: MWheable@whitepinecountynv.gov

*Attorneys for Plaintiffs*
*White Pine County et al.*

STIPULATION AND SETTLEMENT
OF ATTORNEYS' FEES AND COSTS          3