Curtis G. Berkey, *pro hac vice*
Rovianne A. Leigh, *pro hac vice*
Scott W. Williams, *pro hac vice*
Berkey Williams LLP
2030 Addison Street, Suite 410
Berkeley, California 94704
Telephone: (510) 548-7070
Facsimile: (510) 548-7080
E-mail: cberkey@berkeywilliams.com
E-mail: swilliams@berkeywilliams.com
E-mail: rleigh@berkeywilliams.com

Julie Cavanaugh-Bill (NV Bar No. 11533)
Cavanaugh-Bill Law Offices, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, Nevada 89802
Telephone: (775) 753-4357
E-mail: julie@cblawoffices.org

Attorneys for Plaintiff, Confederated Tribes
of the Goshute Reservation

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
# SOUTHERN DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT; and UNITED STATES DEPARTMENT OF THE INTERIOR,<br><br>        Defendants.<br>_____<br>WHITE PINE COUNTY, et al.,<br><br>        Plaintiffs,<br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, et al.,<br><br>        Defendants. | Case No.<br>2:14-cv-00226-APG-VCF<br>(Consolidated 2:14-cv00228)<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD ON BEHALF OF CONFEDERATED TRIBES OF THE GOSHUTE RESERVATION; MEMORANDUM AND DECLARATION IN SUPPORT; [PROPOSED] ORDER**<br><br>**[NO HEARING REQUESTED]** |

Rovianne A. Leigh, Esq., Scott W. Williams, Esq. and Curtis G. Berkey, Esq., individually and collectively ("undersigned Counsel") respectfully move this court for an order permitting them to withdraw as counsel for Confederated Tribes of the Goshute Reservation ("CTGR"), in the above captioned matter, pursuant to Local Rule IA 11-6, S.C.R 46, and N.R.P.C 1.16 (b)(1) and (7).

This Motion is made and based upon the Memorandum of Points and Authorities submitted herein, the Declaration of Counsel, attached hereto, the pleadings and papers on file herein, and any argument adduced at the hearing of this Motion to Withdraw as Counsel of Record.

Dated this 20th day of November, 2018.

Respectfully submitted,

**BERKEY WILLIAMS LLP**

*/s/ Rovianne A. Leigh*

———————————————
Rovianne A. Leigh, *pro hac vice*
Curtis G. Berkey, *pro hac vice*
Scott W. Williams, *pro hac vice*

Attorneys for Plaintiff Confederated
Tribes of the Goshute Reservation

# MEMORANDUM OF POINTS AND AUTHORITIES

Undersigned Counsel were retained as co-counsel to represent CTGR's water rights interest in the above-captioned matter. Local Rule IA 11-6 (b) provides that "no attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel." CTGR has been notified of undersigned Counsels' intent to withdraw from this case. Additionally, the opposing counsel in this case will receive notice of this Motion to Withdraw via the CM/ECF system, pursuant to the certificate of service attached herein.

Local Rule IA 11-6 (e) provides that "no withdrawal... shall be approved if delay of discovery, the trial or any hearing in the case would result." Here, no delay of any kind will result from undersigned Counsels' withdrawal, because CTGR is also represented in this matter by co-counsel Paul C. Echo Hawk, Echo Hawk Law Office, P.O. Box 4166, Pocatello, Idaho 83205, Telephone: (208) 705-9503, Facsimile: (208) 904-3878, Email: paul@echohawklaw.com. Undersigned Counsels' withdrawal will not prejudice any party or delay any proceeding in this matter.

For all these reasons, we respectfully request this Court grant this Motion.

Dated this 20th day of November, 2018.

Respectfully submitted,

**BERKEY WILLIAMS LLP**

*/s/ Rovianne A. Leigh*

_____
Rovianne A. Leigh, *pro hac vice*
Curtis G. Berkey, *pro hac vice*
Scott W. Williams, *pro hac vice*

Attorneys for Plaintiff Confederated
Tribes of the Goshute Reservation

MOTION TO WITHDRAW; MEMORANDUM AND DECLARATION IN SUPPORT;
[PROPOSED] ORDER – CASE NO. 14-CV- 00226 APG-VCF

# DECLARATION OF ROVIANNE A. LEIGH

I, Rovianne A. Leigh, declare, under penalty of perjury, that the following is true and correct:

1. I am an attorney at law admitted to practice in all courts of the State of California and Hawaii. I and my colleagues, Scott W. Williams and Curtis G. Berkey, are admitted *pro hac vice* in the State of Nevada for the express purpose of the representing the interests Confederated Tribes of the Goshute Reservation in this litigation.

2. I have personal knowledge of the facts set forth below and I believe them to be true. I am over eighteen years old and I am competent to testify to the matters set forth herein.

3. I represented CTGR, in the above-referenced matter from the filing date of the instant complaint. This matter was concluded on August 23, 2017, when this Court issued its Order regarding Summary Judgment.

4. I currently do not represent CTGR in any other matter.

5. I notified CTGR by letter dated October 18, 2018, of our intent to file our motion to withdraw on or about November 15, 2018, if no objection was received. CTGR confirmed receipt, and did not object.

6. CTGR's general counsel is: Paul C. Echo Hawk, Echo Hawk Law Office, P.O. Box 4166, Pocatello, Idaho 83205, Telephone: (208) 705-9503, Facsimile: (208) 904-3878, Email: paul@echohawklaw.com, also an attorney of record in this matter on behalf of CTGR.

Respectfully submitted,

Date: November 20, 2018

**BERKEY WILLIAMS LLP**

*/s/ Rovianne A. Leigh*

_____
Rovianne A. Leigh, *pro hac vice*
Curtis G. Berkey, *pro hac vice*
Scott W. Williams, *pro hac vice*

# ORDER

**IT IS SO ORDERED.**

The Motion to Withdraw as Counsel of Record on behalf of Confederated Tribes of the Goshute Reservation filed by Rovianne A. Leigh, Curtis G. Berkey and Scott W. Williams, is hereby granted.

Dated: 11-30-2018

_____
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2018, I caused a true and correct copy of the *MOTION TO WITHDRAW AS COUNSEL OF RECORD ON BEHALF OF CONFEDERATED TRIBES OF THE GOSHUTE RESERVATION; MEMORANDUM AND DECLARATION IN SUPPORT; [PROPOSED] ORDER* to be served in the following manner:

<u>ELECTRONIC SERVICE</u>: Pursuant to LR 5-1, IC 4-1 (d) and Special Order 109 of the United States District Court for the District of Nevada, the above-referenced document was electronically filed and served on the parties through the Notice of Electronic Filing automatically generated by this Court.

*/s/ Rovianne A. Leigh*
_____
Rovianne A. Leigh